UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONG ZHU,

                Plaintiff(s)

       -against-

TIMOTHY HOUGHTON, et al.,

                Defendant(s).
------------------------------------------------------------X

25 civ 2083 (JGK)

## ORDER

The parties shall submit a Rule 26(f) report by **July 23, 2025.**

The conference scheduled for Thursday, July 3, 2025, at 4:00pm, is canceled.

**SO ORDERED.**

*/s/ John G. Koeltl*
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       June 25, 2025