UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONG ZHU,

                        Plaintiff,            25-cv-2083 (JGK)

      - against -               ORDER

TIMOTHY HOUGHTON, ET AL.,

                        Defendant.

---

On May 14, 2025, this Court granted the defendants' request for an extension of time to answer and extended the time to answer or respond to the complaint to June 27, 2025. ECF No. 19. To date, no answer or response has been filed.

Accordingly, the time for the defendant to move or answer is extended to **July 15, 2025**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendants.

SO ORDERED.

Dated:     New York, New York
           July 1, 2025

                                   _____
                                   John G. Koeltl
                      United States District Judge